## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JON KAMIN,
        Petitioner,

v.                                    Case No. 14-C-1135

JUDY P. SMITH,
        Respondent.

## ORDER

Jon Kamin, who is incarcerated at Oshkosh Correctional Institution, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Kamin was convicted in a Wisconsin court of second-degree sexual assault of a sixteen year old. He was sentenced on March 31, 2011. In his petition, Kamin does not identify any grounds for relief or identify any facts supporting any grounds for relief, as required by Rule 2(c) of the Rules Governing § 2254 Cases. See Petition at pp. 6–9. In other words, Kamin has not alleged that he is in custody in violation of federal law. For this reason, I cannot let his case proceed at this time. If Kamin wishes to proceed with his petition, he must file an amended petition in which he identifies any federal claims he intends to pursue (such as ineffective assistance of trial counsel) and states the basic facts underlying those claims. That is, he must complete pages six though nine of the form that this court makes available to inmates seeking to challenge their state convictions. (I will instruct the clerk of court to provide him with a fresh form to use for this purpose.)

I note that Kamin has filed letters in which he indicates that he has a learning disability and that he does not understand the paperwork the court has provided him with.

Be that as it may, before I can do anything with Kamin's petition, he must at least identify a federal claim that could form the basis for relief in this case. If Kamin cannot do that, I will have no choice but to dismiss the petition.

**THEREFORE, IT IS ORDERED** that, on or before **November 3, 2014**, Kamin shall file an amended petition for a writ of habeas corpus that identifies any federal claims he intends to pursue in this case. He must also identify the basic facts underlying the claims he intends to pursue. If Kamin does not file an amended petition that complies with this order by November 3, I will dismiss this case.

**IT IS FURTHER ORDERED** that the clerk of court mail Kamin a copy of this district's § 2254 form.

Dated at Milwaukee, Wisconsin, this 16th day of October, 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge